Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

| | | |
|---|---|---|
| **Luis A. Gonzalez Barreto** | ) | Case No. 8.18-cv-03024-T-23JSS |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) ) | |
| **Florida Department of Children and Families** | ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Luis A. Gonzalez Barreto |
| Street Address | 8140 Fox Hollow Dr. |
| City and County | Port Richey |
| State and Zip Code | Florida 34668 |
| Telephone Number | 727-836-0215 |
| E-mail Address | luisgonzalez316@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Florida Department of Children and Families |
| Job or Title *(if known)* | State Agency |
| Street Address | 9393 North Fl. Ave. |
| City and County | Tampa |
| State and Zip Code | Florida 33612 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| Telephone Number | |
|---|---|
| E-mail Address *(if known)* | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| Name | Florida Department of Children and Families |
|---|---|
| Street Address | Suncoast Region 9393 North Florida Ave. |
| City and County | Tampa |
| State and Zip Code | Florida |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

the Privacy Act of 1974 (5 U.S.C. § 552a), Justice Louis Brandeis 'a right to be left alone'. HIPPA law.

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☒    Failure to promote me.

☒    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    | Harrasment |

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

From March 2015 - current.

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race

☒    color

☐    gender/sex

☐    religion

☒    national origin

☐    age *(year of birth)*    | | *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E.     The facts of my case are as follows.  Attach additional pages if needed.

Please see the facts attached to the claim.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Julie 24. 2017

B.     The Equal Employment Opportunity Commission *(check one)*:

☐          has not issued a Notice of Right to Sue letter.

☒          issued a Notice of Right to Sue letter, which I received on *(date)*   9/19/2018   .
           *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐          60 days or more have elapsed.

☐          less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

My family and I experience civil damages due to 3 years (March 2015-March 2018) managerial discrimination, harrasment and violation of ADA accomodation. In addition, harrasment, medical malpractice, HIPPA and privacy violation still an ongoing issue from March 2018 till todays date.

-Special damages, due to retaliation for filling an EEOC claim I lost my employment on March, 26, 2018 resulting in a house hold budget cut from 50k a year to 25k. Nonetheless, medical expenses increase from an avarage of $50.00/month and regulated pain (prior to March 2015) to $1000.00/month, with continuous severe pain and high stress levels. The medical expenses include 2 chiropractic & pain management visits per week, around $60.00/visit, prescription medicine 20.00/month and psicriatic care adding another $40.00 per visit. The increase in pain and stress levels are due to experiencing discrimination, harassmen and violation of ADA by management. Expenses are not limited to medical expenses only, household needed repairs which had to be place on hold due to lack of budget.

-General Damages include increase pain and suffering, mental anguish, future problems from the injury due to failure to provide ADA accommodation, increased in decline in health due to failure to provide ADA (this includes but not limited to decrease in testosterone, depresion, anxiety, high blood preasure, & weight increase), and loss of companionship, loss of reputation, inability to perform marital duties due to decrease in health and financial stress. Financial stress has caused my child to miss the oportunity to participate in extracurricular activities, and inable us to participate in my father-in-law funeral which took place in Stavropol, Russia.

Also due to the increase in medical care and intake of medication I was unable to complete my college degree. However, violation of privacy and ongoing harassment by State agencies which involves religious organization CCWC (Calvary Chapel Worship Center), medical providers Family Chiropractic Center for Wellness, Dr. Adam Greenfield and Excel Medical Imaging has deprive me from the right of privacy and has infridge my persue of happyines.

The expected minimum relief for the claim is $7,000,000.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/12/2018

Signature of Plaintiff

Printed Name of Plaintiff    Luis A. Gonzalez Barreto

### B.        For Attorneys

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |